1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

6

7  PETER MODLIN, SBN 151453
   FARELLA BRAUN & MARTEL, LLP
8  235 Montgomery Street
   San Francisco, CA 94104
   Telephone: (415) 954-4400
9  Fax: (415) 954-4480

10 Attorney for Defendant McDonald's Corporation

11

12 CATHERINE MANSKE, SBN 183815
   GORDON & REES, LLP
13 655 University Avenue, Suite 200
   Sacramento, CA 95825
   Telephone: (916) 565-2900
14 Fax: (916) 920-4402

15 Attorney for Defendant BCS200 Enterprises, Inc.

16

17                    UNITED STATES DISTRICT COURT

18                     EASTERN DISTRICT OF CALIFORNIA

19 TONY MARTINEZ,                          Case No. CIV. S-07-00850 LKK (GGH)

20       Plaintiff,

21 v.                                      **STIPULATION OF DISMISSAL AND ORDER THEREON**

22 BCS2000 ENTERPRISES, INC., et al.,

23       Defendants.
   _____/
24

25

26

27

28

Stipulation of Dismissal and [Proposed] Order Thereon                 *Martinez v. McDonald's, et al.*
                                                                      CIV. S-07-00850-LKK-GGH

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, TONY MARTINEZ, and defendants, BCS2000 ENTERPRISES, INC. dba McDONALD'S #25600 and McDONALD'S CORPORATION, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: August 20, 2007    DISABLED ADVOCACY GROUP, APLC

/s/ Lynn Hubbard, III
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: August 20, 2007    FARELLA BRAUN & MARTEL, LLP

/s/ Peter Modlin
PETER MODLIN
Attorney for Defendant McDonald's Corporation

Dated: August 17, 2007    GORDON & REES, LLP

/s/ Catherine Manske
CATHERINE MANSKE
Attorney for Defendant BCS2000 Enterprises, Inc. dba McDonald's #25600

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-07-00850-LKK-GGH, is hereby dismissed with prejudice.

Dated:   August 21, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT